v.

NERI (Edward Ripley, Sr.), Defendant

No. 17-1918

High Court of American Samoa

Civil Jurisdiction, Trial Division

Date unknown

---

A. STRONACH, *President of the High Court*

JUDGMENT

This case coming on to be heard by the High Court and it appearing to the High Court that the defendant purchased the land in controversy from a native chief, MATUU about thirty years ago for the sum of $60.00, which sum was paid by him, and it further appearing to the Court that the defendant is a foreigner and that he did not comply with Codification, Section 44, as to Registration of Land by persons other than Samoans and that therefore the land cannot now be registered by him; It is therefore ordered and adjudged that the rightful title to the land in controversy is vested in MATUU, the native proprietor, from whom the land was purchased and those persons who are rightfully entitled to stand in his place, if he be dead, and that such native proprietor or those entitled under him shall pay to the said defendant the sum of $60.00 with interest at the rate of eight per cent per annum from January 1st, 1887 until said sum is paid and that until the payment of said sum with interest said defendant shall retain possession of said land and shall have an equitable lien upon the same for the payment of the sum above named with interest.

It is further ordered and adjudged that the plaintiffs Atofau and Leoso pay $10.00 costs and that the defendant pay $10.00 costs.

**SALAVEA, F., Plaintiff**

**v.**

**SALAVEA, N., Defendant**

No. 18-1918

High Court of American Samoa

Civil Jurisdiction, Trial Division

["Matai" title: "Salavea"]

[Land: "Faatauala"]

Date unknown

A. M. NOBLE, *Judge of the High Court*

ORDER

This cause coming on to be heard before his Honor A. M. Noble, Judge of the High Court, upon motion of the defendant, Salavea, N., that he be permitted to continue the use of the Salavea name, pending the trial in the High Court, entitled Salavea, F. against Salavea, N., and all parties being present; and it appearing to the Court that the defendant, Salavea, N., has held and enjoyed the use of the name, Salavea, since the death of his father, Salavea, Malua, in the year 1908, without objection having been filed in the Court to the use of the name, Salavea, by any member of the Salavea family: It is therefore ordered, considered and adjudged by the Court that the defendant, Salavea, N., shall continue to hold and enjoy the use of said name with all the honors thereto appertaining until said cause shall have been determined in the High Court of American Samoa.